# UNITED STATES DISTRICT COURT

for the

493 District of Collin

________ Division

Nadia Winston
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Wal-Mart, ETAL
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 493-00640-2024
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [✓] Yes [ ] No

FILED 2024 FEB -2 PM 3:55 MICHAEL GOULD DISTRICT CLERK COLLIN COUNTY, TX BY [signature] DEPUTY

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nadia Winston |
| Street Address | 1200 N Tennessee #2205 |
| City and County | McKinney and Collin |
| State and Zip Code | Texas and 75069 |
| Telephone Number | 502-669-4144 |
| E-mail Address | Winstonnadia30@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.



EXHIBIT F

Defendant No. 1

| | |
|---|---|
| Name | Angel |
| Job or Title *(if known)* | Coach at Walmart |
| Street Address | 2050 S State Hwy 78 |
| City and County | Wylie and Collin County |
| State and Zip Code | Texas and 75098 |
| Telephone Number | 972-429-3526 or 18009663-8442 or 1-800-925-6278 |
| E-mail Address *(if known)* | unknown |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Violation of American with Disabilities Act (ADA), racial profiling, discrimination based on race, retaliation, 14th amendment violation, illegal trespassed; all against children

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ______________________, is a citizen of the State of *(name)* ______________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______________________, is a citizen of the State of *(name)* ______________________. Or is a citizen of *(foreign nation)* ______________________.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On 10/18/2023 a manager (coach) by the name of Angel approached my children and asked if they were hurt in order to be on the electronic mobility carts. afterwards Angel told children to get off carts or she (Angel) would call the police without an adult present, She (Angel) told the children she (Angel) would walk with them (children) to put the carts back. After a disagreement between (angel) and I, the children and I were trespassed from premises by police and couldn't get groceries Filed report with Walmart ethics with no follow

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

defamation of character - 80,000.00 x(2)
damage to reputation - 80,000.00 x(2)
mental anguish - 80,000.00 x(2)
emotional distress - 80,000.00 x(2)
pain and suffering - 80,000.00 x(2)
racial profiling and 14th amendment violation - 120,000.00 x(2)
ADA violation (Americans with Disability Act) - 160,000.00 x(2)

Total 1,360,000.00

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

Nadia Winston
*Plaintiff*
v.
Walmart, ET AL
*Defendant*

Civil Action No. 493-00640-2024

FILED
2024 FEB -2 PM 3:58
MICHAEL GOULD
DISTRICT CLERK
COLLIN COUNTY, TX
BY ______ DEPUTY

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Walmart, ETAL, Angel
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within _____ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: ____________________

[signature]
*Signature of the attorney or unrepresented party*

Nadia Winston
*Printed name*

1200 N Tennessee St #2205
McKinney, Texas 75069
*Address*

winstonnadia30@gmail.com
*E-mail address*

504-669-4144
*Telephone number*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/29/2024

Signature of Plaintiff [signature]

Printed Name of Plaintiff Nadia Johnston

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Street Address ______

State and Zip Code ______

Telephone Number ______

E-mail Address ______




FILED 2024 FEB -2 PM 4:03 MICHAEL GOULD DISTRICT CLERK COLLIN COUNTY, TX BY [signature] DEPUTY

# Michael Gould, District Clerk

## REQUEST FOR ISSUANCE

- This document **MUST** be filed as a separate **LEAD** document when e-filing.
- Select the type of issuance using the "Optional Services" section on the e-filing screen.

Date: 02/02/2024 • Requested by: Nadia Winston

Cause No.: 493-00640-2024 • Phone No.: 504-669-4144

Return to: Nadia Winston and winstonnadia30@gmail.com
(Name and e-mail address)

**Please select the type and quantity of issuance(s) needed:**

| Type | Amt | Quantity | Type | Amt | Quantity |
|---|---|---|---|---|---|
| Abstract of Judgment | $8 | | Constable Service Fee #4 | $75 | |
| Capias | $8 | | Constable Service Fee #4 | $175 | |
| Citation | $8 | 1 | Notice of Application of Prot. Order | $8 | |
| Citation by Certified Mail | $83 | | Ex Parte Protective Order | $8 | |
| Citation by Posting | $83 | | Notice of Final Protective Order | $8 | |
| Citation by Publication | $83 | | Letter Rogatory | $8 | |
| Citation for Expedited Foreclosure | $91 | | Notice | $8 | |
| Citation to Secretary of State | $12 | | Order of Sale | $8 | |
| Constable Service Fee #1 | $75 | X NW | Precept | $8 | |
| Constable Service Fee #1 | $175 | | Scire Facias | $8 | |
| Constable Service Fee #2 | $75 | 1 | Subpoena | $8 | |
| Constable Service Fee #2 | $175 | | TRO/Temporary Injunction | $8 | |
| Constable Service Fee #3 | $75 | | Writs | $8 | |
| Constable Service Fee #3 | $175 | | | | |

• Name of party to be served: Angel Walmart ETAL

• Document to be served: Complaint for a civil case

• Address for service: 2050 S. State Hwy 78 Wylie Texas 75098

Name of party to be served:

Document to be served:

Address for service:

*Please attach additional pages if there are more parties to be served.*




FILED 2024 FEB -2 PM 4:03 MICHAEL GOULD DISTRICT CLERK COLLIN COUNTY, TX BY [signature] DEPUTY

# Michael Gould, District Clerk

## REQUEST FOR ISSUANCE

- This document **MUST** be filed as a separate **LEAD** document when e-filing.
- Select the type of issuance using the "Optional Services" section on the e-filing screen.

Date: 02/02/2024 • Requested by: Nadia Winston

Cause No.: 493-00640-2024 • Phone No.: 504-669-4144

Return to: Nadia Winston and winstonnadia30@gmail.com
(Name and e-mail address)

**Please select the type and quantity of issuance(s) needed:**

| Type | Amt | Quantity | Type | Amt | Quantity |
|---|---|---|---|---|---|
| Abstract of Judgment | $8 | | Constable Service Fee #4 | $75 | |
| Capias | $8 | | Constable Service Fee #4 | $175 | |
| Citation | $8 | 1 | Notice of Application of Prot. Order | $8 | |
| Citation by Certified Mail | $83 | | Ex Parte Protective Order | $8 | |
| Citation by Posting | $83 | | Notice of Final Protective Order | $8 | |
| Citation by Publication | $83 | | Letter Rogatory | $8 | |
| Citation for Expedited Foreclosure | $91 | | Notice | $8 | |
| Citation to Secretary of State | $12 | | Order of Sale | $8 | |
| Constable Service Fee #1 | $75 | X NW | Precept | $8 | |
| Constable Service Fee #1 | $175 | | Scire Facias | $8 | |
| Constable Service Fee #2 | $75 | 1 | Subpoena | $8 | |
| Constable Service Fee #2 | $175 | | TRO/Temporary Injunction | $8 | |
| Constable Service Fee #3 | $75 | | Writs | $8 | |
| Constable Service Fee #3 | $175 | | | | |

• Name of party to be served: Angel Walmart ETAL

• Document to be served: Complaint for a civil case

• Address for service: 2050 S. State Hwy 78 Wylie Texas 75098

Name of party to be served: ______

Document to be served: ______

Address for service: ______

*Please attach additional pages if there are more parties to be served.*