UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| NADIA WINSTON, § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 4:24-CV-00185-SDJ-AGD |
| v. § | |
| § | |
| WAL-MART STORES TEXAS, LLC, ET AL., § | |
| § | |
| Defendants. § | |

## **MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Before the Court is the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Report recommends that Defendants' Motion for Judgment on the Pleadings, (Dkt. #11), be granted and that Plaintiff's case be dismissed without prejudice. No Party filed an objection to the Report.

Having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants' Motion for Judgment on the Pleadings, (Dkt. #11), is **GRANTED**. It is further **ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 26th day of March, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE