UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NADIA WINSTON, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:24-CV-00185-SDJ-AGD |
| v. | § | |
| | § | |
| WAL-MART STORES TEXAS, LLC, ET AL., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Memorandum Adopting the Report and Recommendation of the United States Magistrate Judge, which recommended that this case be dismissed without prejudice, the Court hereby issues its Final Judgment, effective upon entry.

It is therefore **ORDERED** that Plaintiff Nadia Winston's claims against all Defendants are **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

**So ORDERED and SIGNED this 26th day of March, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE