# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 23, 2025
Lyle W. Cayce
Clerk

No. 25-40178

NADIA WINSTON,

          *Plaintiff—Appellant*,

*versus*

WAL-MART STORES TEXAS, L.L.C.; ANGELICA GARCIA,

          *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:24-CV-185

_____

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of July 23, 2025, for want of prosecution. The appellant failed to timely pay the fee.

                        LYLE W. CAYCE
                        Clerk of the United States Court
                        of Appeals for the Fifth Circuit

                        By: _____
                        Roeshawn Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT